IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF ARLENE SEARS, by Its Special Administrator, Howard Sears<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, and FINANCIAL CREDIT INVESTMENT III TRUST B,<br><br>Defendants. | C.A. No. 24-914-CFC |

**STIPULATION REGARDING WORD LIMITS FOR SUMMARY JUDGMENT ON THE BANK LIABILITY ISSUES**

WHEREAS, pursuant to the stipulations between the parties (D.I. 148, 170), the deadline for U.S. Bank to file its motions for summary judgment on the Bank Liability Issues is July 20, 2026.

WHEREAS, there is significant overlap between the Bank Liability Issues to be briefed in *Estate of Nicholas Mastroianni, Sr. v. U.S. Bank National Association*, C.A. No. 24-1040-CFC; *Estate of Sally Cole v. U.S. Bank National Association*, C.A. No. 25-239-CFC; and *Estate of Arlene Sears v. U.S. Bank National Association*, C.A. No. 24-914-CFC (the "Bank Liability Actions");

WHEREAS, due to this overlap, the parties submit that it would be more efficient to file omnibus summary judgment briefs on the Bank Liability Issues that cover all three actions, rather than separate briefs for each action;

WHEREAS, this would require a modest increase in page limits for the briefs and concise statements of facts, but would result in significantly fewer words than briefing each case separately;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the procedures for briefing summary judgment on the Bank Liability Issues shall be modified as follows:

1. The parties shall file omnibus summary judgment briefs and concise statements of fact addressing all three Bank Liability Actions. The same briefs and statements of facts will be filed in each action.

2. The word limits for U.S. Bank's opening and the Estates' answering summary judgment briefs on the Bank Liability Issues shall both be extended from 5,000 words to 8,000 words. The word limit for U.S. Bank's reply brief shall be extended from 2,500 words to 4,000 words.

3. The word limits for U.S. Bank's opening and the Estates' answering concise statements of material facts shall both be extended from 1,500 words to 3,000 words.

4. No other word limits or deadlines are affected by this stipulation.

Dated: July 16, 2026

COZEN O'CONNOR

*/s/ Kaan Ekiner*
Kaan Ekiner (No. 5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

OF COUNSEL:
Michael J. Miller
Brian D. Burack
Duncan R. Becker
Benjamin J. Kampf
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103

Daniel R. Miller
WALDEN HARAN WILLIAMS LLP
800 North King Street, Suite 303
Wilmington, DE 19801
(302) 504-1568

*Attorneys for Plaintiff the Estate of Arlene Sears*

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com

OF COUNSEL:
Matthew A. Martel
Joseph B. Sconyers
Joseph L. Brav
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110

Peter M. Fay
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

*Attorneys for Defendant U.S. Bank National Association*

SO ORDERED THIS 16th day of July, 2026.

/s/ Colm F. Connolly
The Honorable Chief Judge Colm F. Connolly