**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ESTATE OF ARLENE SEARS, by Its Special Administrator, Howard Sears<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, and FINANCIAL CREDIT INVESTMENT III TRUST B,<br><br>Defendants. | ) | C.A. No. 24-cv-914-CFC |

**STIPULATION AND [PROPOSED] ORDER**
**TO AMEND THE SCHEDULING ORDER**

WHEREAS, the parties submitted a Scheduling Order that the Court approved on May 30, 2025 (D.I. 82);

WHEREAS, the parties stipulated to certain modifications of the schedule that the Court approved on March 19, 2026 (D.I. 143), March 31, 2026 (D.I. 148), and May 1, 2026 (D.I. 155);

WHEREAS, the parties stipulated to certain additional modifications of the schedule that the Court approved on June 3, 2026 (D.I. 170) and noted in a letter to the Court that further modifications of the schedule may be necessary for non-Bank Liability Issues (D.I. 168);

WHEREAS, the parties have conferred and agreed to a further modification of certain dates in the Scheduling Order, including the deadlines to complete fact and expert discovery and dispositive motion briefing on non-Bank Liability Issues;

WHEREAS, the parties believe that good cause exists to extend certain deadlines to accommodate dispositive motion briefing on Bank Liability Issues and resolve certain discovery disputes;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the Scheduling Order be further amended as follows:

1. Fact Discovery: The deadline for the parties to complete fact discovery on non-Bank Liability Issues shall be amended as follows: parties shall complete fact discovery by October 31, 2026 (previously, August 21, 2026).

2. Expert Discovery: The deadlines for the parties to complete expert discovery shall be amended as follows: (a) parties shall submit any initial expert disclosures under Fed. R. Civ. P. 26(a)(2) by December 4, 2026 (previously, September 25, 2026); (b) parties shall submit any rebuttal expert reports by December 18, 2026 (previously, October 9, 2026); (c) the deadline for the parties to serve reply expert reports (previously, October 16, 2026) and complete expert discovery (including any depositions) (previously, October 23, 2026) shall be held in abeyance pending the resolution of dispositive motion briefing. However, the

parties are not barred from serving reply expert reports and/or taking expert depositions at an earlier date, and have agreed to make their experts available for deposition upon request, including prior to dispositive motion briefing.

3. Dispositive Motion Briefing: The deadlines for the parties to brief dispositive motions and motions objecting to expert testimony (unrelated to Bank Liability Issues) shall be amended as follows: (a) parties shall file any dispositive or expert-related motions by January 27, 2027 (previously, November 9, 2026); (b) parties shall file any opposition to such motions by February 24, 2027 (previously, December 2, 2026); (c) parties shall file any replies in support of such motions by March 24, 2027 (previously, December 23, 2026).

4. All other case deadlines currently remain the same.

5. The current schedule related to non-Bank Liability Issues, and the proposed adjustments to the schedule, are summarized in the following chart:

| **Event** | **Current Deadline** | **Amended Deadline** (pending Court approval) |
|---|---|---|
| Close of fact discovery for all parties and non-parties except for U.S. Bank (Non-Bank Liability Issues) | August 21, 2026 | October 31, 2026 |
| Parties to submit opening expert reports (if any) (Non-Bank Liability Issues) | September 25, 2026 | December 4, 2026 |
| Parties to submit rebuttal expert reports (if any) (Non-Bank Liability Issues) | October 9, 2026 | December 18, 2026 |

| | | |
|---|---|---|
| Parties to submit reply expert reports (if any) (Non-Bank Liability Issues) | October 16, 2026 | TBD (*pending resolution of dispositive motions unrelated to bank liability*) |
| Parties to complete expert discovery (including any depositions) (Non-Bank Liability Issues) | October 23, 2026 | TBD (*pending resolution of dispositive motions unrelated to bank liability*) |
| Parties to file any additional dispositive motions (Non-Bank Liability Issues) | November 9, 2026 | January 27, 2027 |
| Parties to file oppositions to dispositive motions (Non-Bank Liability Issues) | December 2, 2026 | February 24, 2027 |
| Parties to file replies in support of dispositive motions (Non-Bank Liability Issues) | December 23, 2026 | March 24, 2027 |
| Pretrial Order and Special Verdict Forms Due | TBD *(pending resolution of Bank Liability Issues)* | TBD *(pending resolution of Bank Liability Issues)* |
| Pretrial Conference | TBD *(pending resolution of Bank Liability Issues)* | TBD *(pending resolution of Bank Liability Issues)* |
| Trial | TBD *(pending resolution of Bank Liability Issues)* | TBD *(pending resolution of Bank Liability Issues)* |

Dated: July 31, 2026

**COZEN O'CONNOR**

*/s/ Kaan Ekiner*
Kaan Ekiner (No. 5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

OF COUNSEL:
Michael J. Miller (*pro hac vice*)
Brian D. Burack (*pro hac vice*)
Duncan R. Becker (*pro hac vice*)
Benjamin J. Kampf (*pro hac vice*)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103

*Attorneys for Plaintiff, the Estate of Arlene Sears*

**SHAW KELLER LLP**

*/s/ Andrew E. Russell*
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
Matthew A. Martel
Joseph Sconyers
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110

*Attorneys for Defendant, U.S. Bank N.A.,*

-and-

**POTTER ANDERSON & CORROON LLP**

*/s/ P. Andrew Smith*
Jesse L. Noa (#5973)
P. Andrew Smith (#7117)
Hercules Plaza – 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
jnoa@potteranderson.com
asmith@potteranderson.com

OF COUNSEL:
Steven M. Pesner (*pro hac vice*)
Jamuna D. Kelley (*pro hac vice*)
Bonnie M. Baker (*pro hac vice*)
Lindsay Funk (*pro hac vice*)
FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6516

*Attorneys for Defendant Financial Credit Investment III Trust B*

SO ORDERED THIS _______ day of ________________________, 2026.

____________________________________
The Honorable Chief Judge Colm F. Connolly